UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRENA N. SCOTT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| CAROLYN W. COLVIN, | ) ) ) No. 1:13-cv-00091-SEB-MJD |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation as the ruling of this Court.

Accordingly, the Commissioner's decision is REVERSED AND REMANDED to the Social Security Administration for further proceedings.

IT IS SO ORDERED

Date: 01/06/2014

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov